No. 13-7034

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Andrea Peterson,
Plaintiff-Appellant

v.

Archstone/Archstone Communities LLC, et al
Defendant-Appellee

———————

Appeal From The United States District Court
For The District of Columbia (D.D.C. No. 08-1326 (RWR))

**APPELLANT BRIEF**

Andrea Peterson
Plaintiff pro se
P.O. Box 79351
Atlanta, Georgia 30357
404-980-5281
ajnpeterson@gmail.com

# QUESTIONS TO BE DECIDED

1. Can pursuant to Fed. R. Civ. P. Rule 56(c), Fed. R. Civ P. Rule 56(e), Local Rule 7(h), and the Court's Schedule Order, Dkt. No. 38, defendant prevail in its Cross Motion for Summary Judgment, despite that defendant failed to meet the Legal Standards for the foregoing Rules?

2. Were the Legal Standards for Summary Judgment, set in Celotex Corp. v. Catrett, 477 US 317 - Supreme Court 1986, met when the district court granted defendant Archstone Communities et al Cross Motion for Summary Judgment.

3. Was the five (5) times appellant's Motion for Counsel was denied, despite that appellant meets the Poindexter Legal Standards, the reason appellant did not prevail in Summary Judgment.

4. Can summary judgment be granted when a party did not have full opportunity to obtain discovery.

    A. The D.C. Court of Appeals April 15, 2011 opinion stated the dismissal of appellant's case was a harsh sanction.  The court opinion cited, Bristol Petroleum Corp. v. Harris, 901 F. 2d 165, 167 (D.C. Cir. 1990), "Although we are "hesitant to type the exercise of a district court dismissal authority as an abuse of discretion, the court must "explain why the harsh sanction of dismissal was necessary under the circumstances of th[e] case."  Accordingly, was the fact that following reversal and remand, the district court ordered that the parties state how appellant should be <u>sanctioned a second time</u> and defendant's motion, Dkt. No. 97, response requested the court "Enter an Order in favor of Defendant for all matters that were scheduled to be heard at the November 3, 2009 hearing", the court did not issue any orders on the discovery motions the court denied as moot when it dismissed appellant's case, the court did not issue any new discovery orders, and that the court and defendant's repeatedly stated, e.g., Dkt. No 131, "The discovery-related motions might have been resolved had Peterson appeared for a hearing on November 3, 2009 before Magistrate Judge Kay to whom the discovery dispute had been

i

    referred"; reason to withhold discovery, an abuse of discretion, and as a result appellant is prejudiced, irreparably harmed.

5. Does by the fact that defendant intentionally withheld evidence; appellant meets Legal Standards for the court to Grant an adverse inference sanction, and enter default judgment for appellant?

## CERTIFICATES AS TO PARTIES

The parties to this proceeding are set forth in the caption

_____

## RULINGS UNDER REVIEW

A. Appellant Motion for Summary Judgment and all exhibits
B. Appellant Reply Memorandum to Defendant Opposition to Plaintiff Motion for Summary Judgment and, Plaintiff Opposition Memorandum to Defendant Cross Motion for Summary Judgment
C. All District Court motions and orders following the D.C. Court of Appeals, April 15, 2011 reversal and remand of Case No. 10-7012.
D. Discovery Motions the District Court order of January 4, 2010 denied as Moot (57-59, 62, 65-67, 76-78, 80, 83) and, not listed on the dismissal order, but not heard, Dkt. Nos. 74 and 75.
E. Defendant's Motion to Dismiss, Dkt. No. 7.
F. The District Court's Schedule Order, Dkt. No. 38.
G. Appellant Motions for Attorney, Dkt. Nos. 9, 32, 40, 104, 123, and on 3/07/13 in the D.C. Court of Appeals.
   - Dkt. No. 9, 9/29/08
   - Dkt. No. 32, 5/04/09
   - Dkt. No. 40, 06/10/09
   - Dkt. No. 104, 12/27/11
   - Dkt. No. 123, 06/08/12
H. Transcript of November 3, 2009 Hearing
I. Order Initial Schedule Conference (26)
J. Peterson v. Archstone Communities et al, Case No. 10-7012, D.C. Court of Appeals

## **RELATED CASES**

Peterson v. Archstone Communities et al, Case No. 10-7012 D.C. Court of Appeals

## **TABLE OF CONTENTS**

Questions To Be Decided………………………………………………… i - ii

Certificate as to Parties, Rulings Under Review……………………….. ii

Related Cases…………………………………………………………... iii

Table of Contents……………………………………………………… iii

Table of Authorities, Dkt. No. 109.1…………………………………….. iv to vi

Table of Authorities, Dkt. No. 127……………………………………. vii - ix

Table of Authorities, Appellant Brief…………………………………… x - xii

Glossary of Abbreviations…………………………………………….. xiii

Jurisdictional Statement………………………………………………. xii

Statement of Issues…………………………………………………….. xiii

Statue and Regulations…………………………………………………… xiii - xiv

Statement of the Facts/Argument…………………………………….. 1 - 2

Conclusion………………………………………………………………. 2

## TABLE OF AUTHORITIES

## MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT, DKT. 109-1

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 256, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986).................................................................................. 21, 49
Austral-Pacific Fertilizers v. Cooper Indus., 1997 U.S. App. LEXIS 5383 ((6th Cir. 1997) ................................................................................... 21, 32
Bowles v. Batson, 61 F. Supp. 839 (D.S.C.1945)....................................... 43
Chambers v. Nasco, Inc., 501 U.S. 32, 45-46 (1991).......................... 21, 33
Chapman v. Pacific Telephone and Telegraph Co., 613 F.2d 193, 197 (9th Cir. 1979) ............................................................................................... 38
Chuang v. Univ. of Cal. Davis, Bd. of Trs., 225 F.3d 1115, 1127 (9th Cir. 2000)............................................................................................... 21, 22
Chuang, 225 F.3d at 1124............................................................... 21, 52
Cine Forty-Second Theatre Corp., 602 F.2d at 1066 ......................... 21, 39
Citing Telectron, Inc., v. Overhead Door Corp., 116 F.R.D. 107) .............. 57
Columbia /HCA Healthcare Corporation Billing practices Litigation, 293 F.3d 289, 302 (6th Cir. 2002) ........................................................ 21, 35
Connolly v. Pepsi Bottling Grp., LLC, 2009 WL 3154445 at *2-3.......... 6, 52
Cosgrove v. Bartolotta, 150 F.3d 729, 732 (7th Cir. 1998)....................... 40
Costa v. Desert Palace, Inc., 299 F.3d 838, 855 (9th Cir. 2002) ................ 6
Damiam MASSE, an infant, by his Guardian ad Litem, Woodrow G. Masse v. ANIMAL REPELLENTS, INC., 236 F.Supp. 69; 1964 U.S. Dist .......... 41
e 11, 52
Easton Sports, Inc. v. Warrior Lacrosse, Inc., 2006 U.S. Dist. LEXIS 70214 (E.D. Mich., Sep. 28, 2006)............................................................. 21, 32
Egger v. Phillips, 710 F.2d 292, 311 n. 19 (7th Cir.), cert. denied, 464 U.S. 918, 104 S.Ct. 284, 78 L.Ed.2d 262 (1983) .......................................... 49
Farm Bureau Mut. Auto Ins. Co. v. Hammer, 83 F.Supp. 383, 386 (W.D.Va.), rev'd. on other grounds, 177 F.2d 793 (4th Cir.1949), cert. denied, 339 U.S. 914, 70 S.Ct. 575, 94 L.Ed. 1339 (1950) ..................... 49
Fitzgerald v. CBS Broad., Inc., 491 F. Supp. 2d 177, 183 (D. Mass. 2007 . 4
Fort Worth and Denver Railway Company v. Wayne Harris, 230 F.2d 680; 1956 U.S. App.) ................................................................................... 40
Gross v. FBL............................................................................................. 3
Harrington v. City of Chicago, 433 F.3d 542, 546 (7th Cir. 2006) ............. 40

Hawn v. Exec. Jet Mgmt., Inc., 615 F.3d 1151, 1155 (9th Cir. 2010) (quoting Chuang v. Univ. of Cal. Davis, Bd. of Trs., 225 F.3d 1155, 1123-24 (9th Cir. 2000) .................................................................................................... 6
Hutto v. Finney, 437 U.S. 678, 689, N. 14 PP. 9-12". (Citing Chambers v. Nasco, Inc., 501 U.S. 32 (1991)) ........................................................ 21, 32
Id. (citing Henry v. Sneiders, 490 F.2d 315, 318 (9th Cir. 1974)) ......... 21, 31
Id. at 653 (citing Vodusek, 71 F.3d at 156) .......................................... 21, 55
In Re Terrorist Bombings, 552 F.3d at 147 .......................................... 21, 55
John Mohr & Sons v. Apex Terminal Warehouses, Inc., 422 F.2d 638 (7th Cir. 1970) .................................................................................................. 42
Johnson v. Reily, 82 U.S. App.D.C. 6, 160F.2d 249 .......................... 39, 41
Leon, 464 F.3d at 959 ..................................................................... 21, 33, 54
Luick v. Graybar Electric Company, Inc., 473 F.2d 1360 (8th Cir. 1973) .. 42
Mangan v. Broderick and Bascom Rope Company, 351 F.2d 24 (7th Cir. 1965) ............................................................................................................ 41
Maymi v. Puerto Rico Ports Authority, 515 F. 3d 20 Court of Appeals, 1st Circuit 2008. Citing from McCarthy v. Northwest Airlines, Inc., 56 F. 3d 313 - Court of Appeals, 1st Circuit 1995 ................................................... 4
McDonnell Douglas ................................................................................... 52
Morgan v. Hilti, Inc., 108 F.3d 1319, 1323 (10th Cir.1997) ............ 21, 22, 53
Morrison v. Walker, 404 F.2d 1046 ...................................................... 21, 49
Noonan v. Caledonia v. Gold Mining Co., 1887, 121 U.S. 393, 7 S.Ct. 911, 915, 30 L.Ed. 1061 ....................................................................................... 41
O'Campo v. Hardisty, 262 F.2d 621 (9th Cir. 1958) ................................. 42
Pfeil v. Rogers, 757 F.2d 850, 859 (7th Cir. 1985) (emphasis added) ......... 4
Residential Funding Corp., 306 F.3d at 108 (quoting Byrnie, 243 F.3d at 109) ....................................................................................................... 21, 55
Rogers v. T.J. Samson Cmty. Hosp., 276 F.3d 228, 232 (6th Cir. 2002) . 21, 56
Shapiro, Bernstein & Company, Inc. v. "Log Cabin Club Ass'n.", 365 F. Supp. 325(N.D.W.Va.1973) ........................................................................ 42
Shelley v. Geren, No. 10-35014 (9th Cir 2010) .................................... 21, 51
Shelly v. Geren, No. 10-35014, U.S. Ct. of Appeals, Ninth Circuit ........... 52
Smith v. City of Allentown, 589 F.3d 684, 691 (3d Cir 2009) ..................... 6
Telectron, Inc., v. Overhead Door Corp., 116 F.R.D. 107) .................. 22, 54
Tusing v. Des Moines Cmty. Sch. Dist., 639 F.3d 507, 515 n.3 (8th Cir. 2011) .............................................................................................................. 6

Unigard Sec. Ins. Co. v. Lakewood Eng'g & Mfg. Corp., 982 F.2d 363, 368 (9th Cir. 1992) ............................................................................................ 22, 31
United States v. Shaffer Equip. Co., 11 F.3d 450, 462 (4th Cir. 1993) .. 22, 33
Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 580 .. 22, 32
Velez v. Thermo King Day P.R., Inc., 585 F.3d 441, 446-47 (1st Cir. 2009) 6, 52
Welsh v. United States, 844 F.2d 1239, 1246 (6th Cir. 1988) ............... 22, 34
Welsh v. United States, 844 F.2d 1239, 1246 (6th Cir. 1988) (overruled on other grounds by Adkins, 554 F.3d 650); Adkins, 554 F.3d at 652-53 . 22, 55
Welsh, 844 F.2d at 1248)). (citing Beaven v. U.S. Dept., of Justice, 622 F.3d 540) ...................................................................................... 22, 56
Weva v. Belco, 68 F.R.D. 663 ...................................................................... 42
Wm. T. Thompson Co. v. General Nutrition Corp., 593 F. Supp. 1443, 1456 (C.D. Calif. 1984) ................................................................................ 57
Woolner v. Flair Comm'cns Agency, Inc., 2005 U.S. Dist. LEXIS 42489, at *1 (N.D. Ill. Jan. 31, 2005) ................................................................... 40

**STATUTES**

28 U.S.C. § 1746 .......................................................................................... 4
28 U.S.C.A. § 1746 (West Supp.1984) ..................................................... 49
29 CFR § 1627.3(b)(1) .................................................................. 9, 29, 31
29 U.S.C. § 216(b) ...................................................................................... 57
29 U.S.C. § 626 ..............................................................................................
U.S.C.S. § 1746 .......................................................................................... 48

**OTHER AUTHORITIES**

8 Wright & Miller, Federal Practice and Procedure § 2259 (1970) ............ 42
Accord, *Shapiro, Bernstein & Company, Inc., supra,* see Wright, *supra,* § 2264, and 6 Moore's Federal Practice, para. 56.11 [1.5] ...................... 44
BLACK'S LAW DICTIONARY 1437 (8th ed. 2004) ..................................... 33
Income loss persists Long After Layoffs, Till von Wachter, Columbia University ............................................................................................ 17
Jamie S. Gorelick et al., Destruction of Evidence (1989) ......................... 33
Maria Perez Crist, Preserving the Duty to Preserve ................................. 11
Never Say Die: The Myth and Marketing of the New Old Age by Susan Jacoby ................................................................................................. 17

## TABLE OF AUTHORITIES

**REPLY MEMORANDUM TO DEFENDANT OPPOSITION TO PLAINTIFF MOTION FOR SUMMARY JUDGMENT AND, PLAINTIFF OPPOSITION MEMORANDUM TO DEFENDANT CROSS MOTION FOR SUMMARY JUDGMENT, DKT. NO. 127**

42 U.S.C. § 2000e-16(a) ................................................................................ 32
Adelman-Trebley, 859 F.2d at 521 .............................................................. 44
Austral-Pacific Fertilizers v. Cooper Indus., 1997 U.S. App. LEXIS 5383 ((6th Cir. 1997) ...................................................................................................... 41
Balderston v. Fairbanks Morse Engine Div. of Coltec Indust., 328 F.3d 309, 321-22 (7th Cir. 2003) ...................................................................................... 15
Board of Trustees of Keene State College v. Sweeney, 439 U.S. 24, 24-25 & nn.1 & 2, 99 S. Ct. 295, 295-296 & nn.1 & 2, 58 L. Ed. 2d 216 (1978) (failure to promote) ........................................................................................ 33
Brown v. Ford Motor Co., 494 F.2d 418 (10th Cir. 1974) ............................ 44
Burke v Gould, 286 F.3d 513, 517 (D.C. Cir.2002) (quoting Gardels v. CIA 637 F.2d 770, 773 (D.C. Cir.1980)) .............................................................. 5
Carmichael v. Birmingham Saw Works, 738 F.2d 1126, 1133 (11th Cir. 1984) .................................................................................................................. 17
Carmichael v. Birmingham Saw Works, 738 F.2d 1126, 1133 (11th Cir. 1984)) ................................................................................................................ 17
Community of Roquefort v. William Faehndrich, Inc., 303 F.2d 494, 498 (2d Cir. 1962) .......................................................................................................... 3
Dempsey v. Omaha ........................................................................................ 16
Easton Sports, Inc. v. Warrior Lacrosse, Inc., 2006 U.S. Dist. LEXIS 70214 (E.D. Mich., Sep. 28, 2006) ............................................................................ 41
Furnco, 438 U.S. at 576-77 & n.8, 98 S. Ct. at 2949 & n.8 (failure to hire). 33
Gates v. Georgia-Pacific Corporation, 326 F.Supp. 397 (D.C.D.Or.1970) . 12
Grant Burget v. Geary Securities, Inc., Case No. Civ-09-1015-M ............. 28
Grant v. Bethlehem Steel, 635 F.2d 1007, 1017 (2d Cir. 1980); ................. 17
Gusman v Unisys Corporation, 986 F.2d 1146, (7th Cir) ............................ 31
Hodgson v. First Federal Savings ................................................................ 31
Hodgson, Secretary of Labor v. First Federal Savings And Loan Association of Broward County, Florida, 455 F.2d 818 ......................... 11
Hughes v. Vanderbilt Univ., 215 F.3d 543, 549 (6th Cir.2000) ................... 11
In re Greenfield, 65 Fed. Appx. 549 (6th Cir. 2003) ...................................... 4
Jaramillo v. Colo. Judicial Dep't, 427 F.3d 1303, 1308 (10th Cir. 2005) .... 28

Jones, 2010 U.S. App. LEXIS 17676, 2010 WL 3310226, at *7 .................. 28
Knotts v. Black & Decker, Inc., 204 F.Supp. 2d 1029 ............................... 10
Kornegay v. Cottingham, 120 F.3d, 395 (3d Cir. 1997) ............................ 46
LaLonde v. Eissner, 405 Mass. 207, 209 (1989) ...................................... 11
Lathram v. Snow, 336 F.3d 1085; 357 U.S. App. D.C. 413................. 12, 25
Lujan v. National Wildlife Federation, 497 U.S. 871, 888-89, 110 S.Ct. 3177, 3188-89, 111 L.Ed.2d 695 (1990) .................................................... 11
McDonnell Douglas Corp. v Green (1973) 411 US 792, 36 L Ed 2d 668, 93 S Ct 1817 ........................................................................................ 45
McDonnell Douglas, 411 U.S. at 802, 93 S. Ct. at 1824 ........................... 33
Moore v. Ohio River Co., 960 F.2d 149, 1992 WL 78104, *3 (6th Cir.1992)11
Muniz v. Beto, 434 F.2d 697 (CA5, 1970) ................................................ 11
Norris v. Alabama, 294 U.S. 587, 55 S.Ct. 579, 79 L.Ed. 1074 (1935) ....... 11
Page v. Bolger, 645 F.2d 227; 1981 U.S. App ........................................ 32
Parham v. Southwestern Bell Telephone Company, 433 F.2d 421 (CA8, 1970) .................................................................................................. 31
Pederson v. Time, Inc., supra at 17 ........................................................ 11
Peters v. Lincoln Elec. Co., 285 F.3d 456, 27 Employee Benefits Cas. (BNA) 2044, 88 Fair Empl. Prac. Cas. (BNA) 639 (6th Cir. 2002) ...................... 42
Pressley v. Haegar, 977 F.2d 295, 297 (7th Cir. 1992) ("An empty head means no discrimination."), quoted in Silvera v. Orange County Sch. Bd., 244 F.3d 1253, 1262 (11th Cir. 2001) ...................................................... 17
Pyramid Securities v. IB Resolution, Inc., 924 F.2d 1114 ........................ 43
Reeves at 148; see Aka, 156 F.3d at 1290 ................................................ 13
Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133; 120 S. Ct. 2097 ................................................................................................. 45
Reeves, 530 U.S. at 147 ........................................................................ 12
Reid v. Sears, Roebuck & Co., 7990 F.2d 453, 460 (6th Cir.1986) (citing Biechele v. Cedar Point, Inc., 747 F.2d 209, 215 (6th Cir.1984)) ............. 11
SEC v. Banner Fund Intern., 211 F.3d 602 , 616 (D.C. Cir.2000) ................. 5
Thompson v. Evening Star Newspaper Co., 129 U.S.App.D.C. 299, 394 F.2d 774 (1968) ................................................................................. 44
Wagner v. Gray, 872 F.2d 142 ............................................................... 16
Walker v. Prudential Property and Cas. Ins. Co., 286 F.3d 1270, 1275 (11th Cir. 2002) ........................................................................................... 17
Wanger v. G.A. Gray Co., 872 F.2d 142 (6th Cir. 1989) ........................... 16
Weeks v. Southern Bell Telephone and Telegraph Company, 408 F.2d 228 (CA5, 1969) ....................................................................................... 11

Whalen v. Unit Rig, Inc., 974 F.2d 1248, 1251-52 (10th Cir. 1992) ............ 16

Zoby v. American Fidelity Co., 242 F.2d 76, 80 (4th Cir. 1957) ................. 44

## STATUTES

29 USCS 621 et seq ................................................................................ 46

## OTHER AUTHORITIES

James T. Killelea, Spoliation of Evidence: Proposals for New York State . 41

**TABLE OF AUTHORITIES
APPELLANT BRIEF**

244 U. S. App. D. C., at 163, 756  F.2d, at 184 ................................................... 8
Adelman-Tremblay v. Jewel Companies, Inc., 859 F.2d 517, 520-21 (7th Cir.1988) ................................................................................................. 20
***Adelman-Tremblay,* 859 F.2d at 521** ................................................................ 21
Adickes v. S. H. Kress & Co., 398 U. S. 144, 159 (1970) ................................... 8
Alexander v. Robertson, 882 F.2d 421, 424 (9th Cir.1989) ............................. 32
Allstate Ins. Co. v. Sunbeam Corp., 53 F.3d 804, 806-07 (7th Cir.1995) ........ 60
Ambach v Bell, 686 F. 2d 274 ............................................................................. 4
*Anderson v. Liberty Lobby, Inc*., 477 U.S. 242, 257, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986) ................................................................................................ 21
*Anderson* v *Liberty Lobby, Inc., ante,* at 250 .................................................... 5
Anderson, 477 U.S. at 250-51 ......................................................................... 68
*Anderson,* 477 U.S. at 255 .............................................................................. 67
Aoude v. Mobile Oil Corp., 892 F. 2d 1115, 1118 (1st Cir. 1989) ........ 32, 65, 66
*Arrington v. *United States,* 473 F.3d 329, 338 (D.C.Cir.2006) ......................... 9
Austral-Pacific Fertilizers v. Cooper Indus., 1997 U.S. App. LEXIS 5383 ((6th Cir. 1997) .......................................................................................................... 27
Baliotis, 870F.Supp. at 1290 ............................................................................ 27
Beaven v. US Dept. of Justice, 622 F. 3d 540 (6th Cir. 2010) ......................... 30
Beaven v. US Dept. Of Justice, 622 F. 3d 540, (6th Cir. 2010) ....................... 58
Beech Aircraft Corp. v. Rainey, 488 U. S. 153, 163 (1988) ............................. 40
*Bonds v. District of Columbia,* 320 U.S. App. D.C. 138, 93 F.3d 801, 807 (D.C. Cir. 1996) ............................................................................................ 60
Brady 373 U.S. at 87 ........................................................................................ 37
*Brady v. Office of Sergeant at Arms,* 520 F.3d 490, 494 (D.C. Cir. 2008)." *Hicks v. Gotbaum*, 828 F. Supp. 2d 152, 160 (D.D.C. 2011) ................................. 52
*Burke v. Gould*, 351 U.S. App. D.C. 1, 286 F.3d 513, 519 (D.C. Cir. 2002) ...... 5
Byrnie v Town of Cromwell, Bd. of Educ., 243 F.3d 93 [2001 ........................ 63
Campbell Indus. v. M/V Gemini, 619 F.2d 24, 27 (9th Cir.1980)) .............. 22, 60
Cascade Broadcasting Group Ltd. v. F.C.C., 822 F.2d 1172 (D.C. Cir. 1987) . 4
Celotex Corp. v. Catrett, 477 US 317 ......................................... 5, 7, 9, 21, 22
Chambers v. NASCO, Inc., 501 U.S. 32, 43, 111 S.Ct. 2123, 115 L.Ed.2d 27, reh'g denied, 501 U.S. 1269, 112 S.Ct. 12, 115 L.Ed.2d 1097 (1991) ...................................................................................................... 22, 60
Chambers, 501 U.S. at 45, 111 S.Ct. 2123 ..................................................... 61
Chappell-Johnson v. Blair, No. 06-1074 (D.C.C. 2008) .................................. 53

*Chappell-Johnson v. Powell,* 370 U.S. App. D.C. 162, 440 F.3d 484, 487 (D.C. Cir. 2006) (citing *Carter v. George Washington Univ.,* 363 U.S. App. D.C. 287, 387 F.3d 872, 878 (D.C. Cir. 2004)) ...................................................... 53
Chowdhury v. Bair, 680 F. Supp. 2d 176 - Dist. Court, Dist. of Columbia 2010 ................................................................................................................... 9
Computer Assoc. Int'l, Inc. v. Am. Fundware, Inc., 133 F.R.D. 166, 168-70 (D. Colo. 1990) ................................................................................................. 62
Convertino v. United States Department of Justice, and Jonathan Tukel, No. 11-5133 (D.C. Cir. 2012) ...................................................................... 22
Corchado v. Puerto Rico Marine Management, **Inc**., 665 **F.2d** 410, 413 (1st Cir.1981) ................................................................................................. 65
D.P. Apparel Corp. v. Roadway Express, **Inc**., 736 **F.2d** 1, 3 (1st Cir.1984) .. 65
Daubert v. Merrell Dow Pharmaceuticals Inc., 509 US 579 ............................ 40
Dellums v. Powell, 184 U. S. App. D. C. 339, 566 F. 2d 231 (1977) ............... 64
Easton Sports, Inc. v. Warrior Lacrosse, Inc., 2006 U.S. Dist. LEXIS 70214 (E.D. Mich., Sep. 28, 2006) .......................................................................... 27
*Edmond v. U.S. Postal Serv. Gen. Counsel*, 949 F.2d 415, 425, 292 U.S. *App. D.C. 240 (D.C. Cir. 1991) ............................................................................ 21
England v. Doyle, 281 F.2d 304, 309 (9th Cir.1960) ....................................... 32
Farrell v. Automobile Club of Michigan, 870 F.2d 1129, 1131-32 (6th Cir.1989) ................................................................................................................... 20
Galvin v. Eli *Lilly & Co., 488 F.3d 1026, 1030, [*342] 376 U.S. App. D.C. 330 (D.C. Cir. 2007) (quoting Pyramid Sec. Ltd. v. IB Resolution Inc., 924 F.2d 1114, 1123, 288 U.S. App. D.C. 157 (D.C. Cir. 1991)) ................................. 10
Galvin, 488 F.3d at 1030 ................................................................................. 10
*Gardels v. CIA,* 637 F.2d 770, 773 (D.C.Cir.1980)) ......................................... 7
Gardner, 211 F.3d at 1309 (quoting Trakas, 759 F.2d at 188) ....................... 41
Goodyear Tire & Rubber Co., 167 F.3d at 779 ............................................... 62
*Greene v. Dalton,* 164 F.3d 671, 675 (D.C.Cir.1999) ....................................... 9
*Greene,* 164 F.3d at 675 .................................................................................... 9
Gross v. FBL Financial Servs., Inc., 557 U.S. 167, 177 (2009) ................. 52, 53
*Harding v. Gray,* 9 F.3d 150, 154 (D.C.Cir.1993)) .......................................... 9
Hazel-Atlas Co. v. Hartford Co., 322 US 238 - Supreme Court 1944 ............. 66
Henry v. Sneiders, 490 F.2d 315, 318 (9th Cir. 1974)) .................................... 30
*HMG Property,* 847 **F.2d** at 917 ....................................................................... 66
In re Napster, Inc. Copyright Litigation, 462 F. Supp. 2d 1060 - Dist. Court, ND California 2006 ................................................................................. 27, 29, 66
International Brotherhood of Teamsters v. United States, 431 U.S. 324, 358 n.44, 52 L. Ed. 2d 396, 97 S. Ct. 1843 (1977) ........................................... 59

Jackson v. *Finnegan, Henderson, Farabow, Garrett & Dunner, 101 F.3d 145, 151 (D.C.Cir.1996) .................................................................................. 6
*Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner,* 101 F.3d 145, 150 (D.C.Cir.1996) .................................................................................. 7
Johnson v. Shinseki, 811 F. Supp. 2d 336, (D.D.C. 2011) ............................. 10
Killelea, supra note 10, at 1052 ..................................................................... 64
*Kizas v. Webster,* 492 F.Supp. 1135, 1147 n. 42 *(D.D.C.1980), *rev'd on other grounds,* 707 F.2d 524 (D.C.Cir.1983) ....................................................... 21
Krieger *v.* US Dept. Of Justice, 562 F. Supp. 2d 14 (D.C. 2008) ..................... 5
Lathram v. *Snow, 336 F. 3d 1085 .................................................................. 58
Leon, 464 F.3d at 959 ..................................................................................... 27
Martin v. Merrell Dow Pharmaceuticals, Inc., 851 F.2d 703, 706 (3d Cir.1988) ....................................................................................................................... 20
*Martin,* 851 F.2d at 706 ................................................................................ 21
McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802, 36 L. Ed. 2d 668, 93 S. Ct. 1817 (1973) ................................................................................................ 52
*McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802-05 (1973) ................ 52
*McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 93 S. Ct. 1817, 36 L. Ed. 2d 668 (1973) ....................................................................................................... 53
National Ass'n of Radiation Survivors v. Turnage, 115 F.R.D. 543, 556-57 (N.D.Cal. 1987) (Patel, J.) .............................................................................. 27
<u>National Hockey League</u> v. <u>Metropolitan Hockey Club,</u> 427 U. S. 639 (1976) (*per curiam*) .................................................................................................... 64
National Hockey League v. Metropolitan Hockey Club, **Inc**., 427 U.S. 639, 643, 96 S.Ct. 2778, 2781, 49 L.Ed.**2d** 747 (1976) ................................. 62, 66
Noble 71 Fed. App'x at 69 .............................................................................. 41
O'Connor v. Consol. Coin Caterers *Corp., 517 U.S. 308, 312 (1996) ........... 57
*Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 351 (1978) ..................... 40
Perma Research and Dev. Co. v. Singer Co., 410 F.2d 572, 578 (2d Cir.1969) ....................................................................................................................... 20
Pfizer, Inc. v. International Rectifier Corp., 538 F.2d 180, 195 (8th Cir.1976). 32
Pyramid Secs. Ltd. v. IB Resolution, Inc ........................................................ 20
Pyramid Securities v. IB Resolution, Inc., 924 F.2d 1114 (D.C. Cir 1991) ...... 17
Qatar Nat. Bank v. Winmar, Inc., 650 F. Supp. 2d 1 - Dist. Court, Dist. of Columbia 2009 ............................................................................................... 5
Radobenko v. Automated Equipment Corp., 520 F.2d 540, 544 (9th Cir.1975) ....................................................................................................................... 20
Roadway Express, Inc. v. Piper, 447 US 752 ................................................. 64
Rogers v. T.J. Samson Cmty. Hosp., 276 F.3d 228, 232 (6th Cir. 2002) ........ 59

## GLOSSARY OF ABBREVIATIONS

ADEA, Age Discrimination in Employment Act
DCHRA, District of Columbia Human Rights Act
HR, Human Resource
EEOC, Equal Employment Opportunity Commission
PCAM, Professional Community Association Manager
CAM, Certified Apartment Manager

## JURISDICTIONAL STATEMENT

This is an Appeal to the Appellate Court of the District of Columbia from the District Court of the District of Columbia.   The District Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1343, and 1345.
Venue in the District of Columbia is appropriate as this is a multijurisdictional case.   The act of discrimination took place when petitioner applied for employment in the District of Columbia, State of Maryland and the State of Virginia

## STATEMENT OF ISSUES

In an Order dated February 27, 2013, The United States District Court of the District of Columbia denied appellant Motion for Summary Judgment and Granted defendant Cross Motion for Summary Judgment.  Defendants do not meet Fed. R. Civ. P. Rule 56(c), Fed. R. Civ P. Rule 56(e), Local Rule 7(h), and the Court's Schedule Order, Dkt. No. 38 Standards for defendant Cross Motion for Summary Judgment to be granted.

## STATUTES

29 CFR § 1627.3(b)(1) ................................................................................ 23, 26, 61
ADEA ............................................................................................................... 23
District of Columbia Human Rights Act (DCHRA), D.C. Code §§ 2.1401.01 et
    seq ................................................................................................................ 24
FED. R. EVID. 402 ................................................................................................ 4

## OTHER AUTHORITIES

7 MOORE'S FEDERAL PRACTICE, § 37A.55 (3d ed. 2011) ........................... 64

Crist, supra note 29, at 43................................................................... 65, 67

Daniel Renwick Hodgman, Comment, A Port in the Storm?: The Problematic and Shallow Safe Harbor for Electronic Discovery, 101 NW. U. L. REV. 259, 273 (2007) ........................................................................................ 68

Killelea, supra note 10, at 1046..................................................................... 65

**STATEMENT OF FACTS/ARGUMENT**

A. Appellant restates, facts on which appellant relies, ¶¶ 1 to 14, appellant Writ of Mandamus, Case No. 13-5054, filed February 5, 2013.

B. Expedited Motion For Stay, Case History from the D.C. Circuit Remand and Reversal of Case, primarily ¶¶ 10 to 33.

C. Appellant March 24, 2014 Motion for Order that discussed the multiple legal issues and cited exhibits that are herewith referenced, accordingly appellant restates in its entirety appellant Motion for Order.

**THE LEGAL STANDARD FOR SUMMARY JUDGMENT, FED. R. CIV. P. RULE 56(c) WAS NOT SATISFIED.**

1. Appellant restates ¶¶ **1** through 48 of appellant Motion for Summary Reversal and EXHIBIT A referenced.

**APPELLANT WAS DENIED DISCOVERY; DISCOVERY WAS INTENTIONALLY WITHHELD, DEFENDANT DESTROYED EVIDENCE, AND FOLLOWING REVERSAL AND REMAND, DEFENDANT REQUESTED AN ADVERSE INFERENCE SANCTION THAT WAS IN PRACTICE GRANTED.   APPELLANT WAS SANCTIONED TWO (2) TIMES DESPITE THE D.C. COURT OF APPEALS STATED THAT APPELLANT DISPLAYED NO DIALATORY CONDUCT.**

2. Appellant restates ¶¶ 49 through 135 of appellant Motion for Summary Reversal, and EXHIBIT B referenced.

**PRIMA FACIE CASE, MERITS IS ESTABLISHED**

3. Appellant restates ¶¶ 136 through 163 of appellant Motion for Summary

1

Reversal, and EXHIBIT B referenced.

## DEFAULT JUDGMENT

4. Appellant restates ¶¶ 164 through 194 of appellant Motion for Summary Reversal.

## SUMMARY CONCLUSION

5. Appellant restates ¶¶ 195 through 203 of appellant Motion for Summary Reversal.

For the foregoing reasons appellant requests the court reverse the district court order, and grant Default Judgment, and or remand with instruction that default judgment must be granted.

Respectfully submitted,

/s/ Andrea Peterson
_____      September 24, 2014
Andrea Peterson
P.O. Box 79351
Atlanta, GA 30357
404-980-5281
ajnpeterson@gmail.com

2

## CERTIFICATE OF SERVICE

I Andrea Peterson wherewith certify that on September 24, 2014, I served Appellant Brief on defendant counsel, Nancy Delogu and Libby Henninger by CM/ECF service on the U.S. Appellate Court of the D.C. of Columbia system.

/s/ Andrea Peterson

_____        Dated, September 24, 2014
Andrea Peterson